UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KAREY RAU-RETKE, individually,

       Plaintiff,

vs.

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY et al.,

       Defendant.

**O R D E R**

2:10-CV-1693-PMP-RJJ

**IT IS ORDERED** that the Motion of Attorney Demetrios Dalacas to extend time [27] is **GRANTED** and that Dalacas shall have to and including **August 3, 2012,** within which to respond to Plaintiff's Motion to Adjudicate Attorney Lien [26].

**IT IS FURTHER ORDERED** a Hearing on Plaintiff's Motion to Adjudicate Demetrios Delacas' Attorney Lien [26] is set for **September 17, 2012, at 1:30 p**.m.

DATED: July 13, 2012..

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE